IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-505-FDW-DCK

| | |
|---|---|
| VERMILION COUNTY HOCKEY, LLC, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| SOUTHERN PROFESSIONAL HOCKEY ) | |
| LEAGUE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Local Counsel John M. Moye on June 25, 2024.

Applicant Christopher J. Bayh seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Christopher J. Bayh is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 25, 2024

David C. Keesler
United States Magistrate Judge